UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST HOME BANK,<br><br>        Plaintiff,<br><br>    v.<br><br>DVG RESOURCES, INC., et al.,<br><br>        Defendants. | Case No. 18-cv-02426-HSG<br><br>**ORDER TO SHOW CAUSE** |

On August 7, 2018, the Court held a case management conference. Defendant Robert Kaleta, who is proceeding pro se, did not appear. Plaintiff First Home Bank also represented in the case management statement and at the hearing that it "unilaterally" filed the statement because Mr. Kaleta did not participate in the drafting process. *See* Dkt. No. 17 at 1.

Accordingly, the Court **ORDERS** Mr. Kaleta **TO SHOW CAUSE** why he should not be sanctioned for failing to appear at the August 7, 2018 case management conferenc, and for his failure to participate in drafting the case management statement or to submit his own statement. Mr. Kaleta shall file a statement of two pages or less by August 17, 2018.

**IT IS SO ORDERED.**

Dated: 8/8/2018

                                                                             /s/ Haywood S. Gilliam, Jr.<br>
                                                                  HAYWOOD S. GILLIAM, JR.<br>
                                                                  United States District Judge