UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST HOME BANK,<br><br>    Plaintiff,<br><br>v.<br><br>DVG RESOURCES, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-02426-HSG<br><br>**SECOND ORDER TO SHOW CAUSE** |

On August 8, 2018, the Court directed Defendant Robert Kaleta to show cause for (1) his failure to appear at the August 7 case management conference, and (2) his failure to participate in drafting a joint case management statement or to submit his own statement. Dkt. No. 21. The Court directed Mr. Kaleta to submit a statement by August 17, 2018. Mr. Kaleta failed to respond by that date.

The Court will provide one more opportunity for Mr. Kaleta to respond, and accordingly **ORDERS** him **TO SHOW CAUSE** why he should not be sanctioned for the conduct described above. Mr. Kaleta shall file a statement of two pages or less by August 31, 2018.

**IT IS SO ORDERED.**

Dated: 8/20/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge