UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST HOME BANK,<br><br>    Plaintiff,<br><br>v.<br><br>DVG RESOURCES, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-02426-HSG<br><br>**ORDER TO APPEAR IN PERSON FOR SANCTIONS HEARING** |

On August 8, 2018, the Court directed Defendant Robert Kaleta to show cause for (1) his failure to appear at the August 7 case management conference, and (2) his failure to participate in drafting a joint case management statement or to submit his own statement. Dkt. No. 21. The Court directed Mr. Kaleta to submit a statement by August 17, 2018. Mr. Kaleta failed to respond by that date.

On August 20, 2018, the Court issued a second order to show cause for why Mr. Kaleta should not be sanctioned. The Court directed Mr. Kaleta to submit a statement by August 31, 2018. Mr. Kaleta failed to respond by that date.

Accordingly, the Court **ORDERS** Mr. Kaleta to appear in person before the Court on September 20, 2018 at 2:00 p.m., to show cause as to why he should not be sanctioned for the conduct described above.

**IT IS SO ORDERED.**

Dated: September 5, 2018

HAYWOOD S. GILLIAM, JR.
United States District Judge