1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FIRST HOME BANK,

Plaintiff,

v.

DVG RESOURCES, INC., et al.,

Defendants.

Case No. 18-cv-02426-HSG

**ORDER FOR SUPPLEMENTAL BRIEFING**

Re: Dkt. No. 32

Plaintiff First Home Bank moved on October 8, 2018 for default judgment against Defendant Robert Victor Kaleta. *See* Dkt. No. 32. On October 16, Plaintiff filed a notice with the Court that Mr. Kaleta had filed a petition for Chapter 13 bankruptcy in the United States Bankruptcy Court for the Northern District of California, Case No. 18-42332. *See* Dkt. No. 37. Plaintiff noted that under 11 U.S.C. § 362, "an automatic stay may be in effect" as to Mr. Kaleta. *See id.* at 1.

Accordingly, the Court **DIRECTS** Plaintiff to file a statement of five pages or less by February 1, 2019 explaining its view of the current status of the bankruptcy stay as to Mr. Kaleta and its impact on the motion for default judgment, particularly given the January 11 confirmation of Mr. Kaleta's bankruptcy plan.

**IT IS SO ORDERED.**

Dated: 1/23/19

HAYWOOD S. GILLIAM, JR.
United States District Judge