UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST HOME BANK,<br><br>    Plaintiff,<br><br>v.<br><br>DVG RESOURCES, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-02426-HSG<br><br>**ORDER TAKING MOTIONS UNDER SUBMISSION**<br><br>Re: Dkt. Nos. 31, 32 |

The Court **ORDERS** that the pending motions for default judgment be taken under submission. *See* Dkt. Nos. 31, 32. The hearing previously scheduled for January 24, 2019 at 2:00 p.m. is vacated. The Court will issue a written order.

**IT IS SO ORDERED.**

Dated: 1/23/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge