UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST HOME BANK,<br><br>    Plaintiff,<br><br>v.<br><br>DVG RESOURCES, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-02426-HSG<br><br>**JUDGMENT AGAINST DEFENDANT DVG RESOURCES, INC.** |

On February 1, 2019, the Court granted Plaintiff First Home Bank's motion for default judgment against Defendant DVG Resources, Inc. ("DVG"). *See* Dkt. No. 43.

Under Federal Rule of Civil Procedure 54(b), "when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, . . . parties only if the court expressly determines that there is no just reason for delay."

DVG has not participated in this action. Its sole shareholder, Defendant Robert Kaleta, has not participated in this action since filing an answer in which he claimed that DVG had been dissolved. *See* Dkt. No. 14 ¶ 2.

The Court finds that there is no just reason to delay entering final judgment as to DVG. Accordingly, the Court enters judgment as follows:

A judgment in favor of FIRST HOME BANK and against DVG RESOURCES, INC. shall be entered in the amount of $262,734.78 in damages and $8,554.94 in attorneys' fees and costs.

**JUDGMENT IS SO ENTERED.**

Dated: 2/11/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge